# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

EUCHARIA N. ANAKOR         )
                                )

      Plaintiff,           )
                                )

      v.                 )   Case No. 12-cv-428 (RJL)
                                )

KATHERINE ARCHULETA    )
                                )

      Defendant.    )

**FILED**

FEB 1 0 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this ___ day of February, 2015, hereby

**ORDERED** that the Defendant's Motion for Summary Judgment [Dkt. #28] is **GRANTED**.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge